# RETAIL INSTALLMENT SALE CONTRACT (DEALER — SIMPLE INTEREST)

9 3 2014 | 3703834321 | 3703252

CARDONA, JERCIS REGIS JUAN
[illegible] N 3[illegible]TH AVE #142
GREELEY, CO 80631

Tri City Cycle
3675 Clydesdale Parkway
Loveland, CO 80538

2009 THUNDER MO SPITFIRE 1T9C1ST663F717275

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| 17.25% | $6213.94 | $15733.18 | $22344.08 | $32,044.08 |

Your payment schedule will be:

48 $465.25 Monthly Beginning 10/23/2014

N/A N/A

LARAMIE PLAINS FEDERAL CREDIT UNION
365 N THIRD ST LARAMIE WY 82072

ITEMIZATION OF AMOUNT FINANCED

$0.00
$812.19 $14,251.18
$0.00 $0.00
$0.00 $0.00
$0.00
$8.84
$3.00 $0.00
$14,251.18

$12.00
$0.00
$0.00

C/L & A/H $0.00
POWERGUARD GAP $0.00

Tri City Cycle Service Contract $1,400.00
POWERGUARD Prepaid Maint $0.00
Tire & Wheel $0.00
$0.00
$0.00
$1,482.00
$15733.18

$0.00
$0.00

THIS CONTRACT DOES NOT PROVIDE FOR AUTOMOBILE LIABILITY INSURANCE. ANY [illegible] IN EFFECT AN AUTOMOBILE LIABILITY POLICY AS DEFINED IN SECTION [illegible] COLORADO REVISED STATUTES ON THE MOTOR VEHICLE SOLD BY THIS CONTRACT

GAP DEBT CANCELLATION

POWERGUARD

$0.00

CONTRACT AND AGREEMENT TO PAY

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

SECURITY AGREEMENT

9/3/2014 9/3/2014

Buyer Signs X Co-Buyer Signs X

SEE THE BACK OF THIS FORM FOR IMPORTANT TERMS AND CONDITIONS

Original

# LARAMIE PLAINS FEDERAL CREDIT UNION

## Retail Installment Contract Addendum

Buyer(s): JERCIS REGIS JUAN Date of Contract: 9/9/2014

Collateral: Year: 2009 Make: THUNDER MOUNT VIN: 1T9C13T663F717275

The above referenced Retail Installment Contract has been assigned to Laramie Plains Community Federal Credit Union. You agree to the following terms and conditions in addition to those detailed in the Retail Installment Contract.

Initials of all Borrowers

Security: You agree, in addition, to the security interest Laramie Plains Community FCU will take in the property being purchased. Any other collateral securing other loans with Laramie Plains Community FCU may also secure this loan. The security interest also secures the payment of all amounts you owe and all obligations you have pursuant to this agreement and any other loan or obligation between you and Laramie Plains Community FCU whether existing now or which may exist in the future. The security interest also secures any transfer, extension, modification or assignment of the agreement or of any other agreement you have with Laramie Plains Community FCU.

Title: You agree, that if Laramie Plains Community FCU does not receive the title showing the credit union as lien holder and the lien perfected with the state of issuance within 60 days from the Date of Contract, the Annual Percentage Rate (APR) may increase to 18%. This may result in higher period payments.

Insurance: You agree to maintain physical damage insurance with Comprehensive and Collision coverage with a deductible not to exceed $1,000.00. If the credit union does not receive your insurance information indicating coverages with deductibles and the credit union listed as lien holder within 10 days of the Date of Contract, we may purchase a policy to protect the credit union's interest in the collateral. The cost of this policy will be added to the balance of your loan and the interest rate on the underlying loan will also apply to the added amount. This coverage does NOT protect the interest of the owner or borrower and may be considerably more expensive than insurance you can purchase on your own. This coverage does NOT satisfy the mandatory liability insurance laws in your state.

Insurance Company: geico Policy Number: 522451130

Agent Name and Phone Number: geico 8008413000

Right of Setoff: To the extent provided by law, Laramie Plains Community FCU has the right to pay all or part of the amounts owed under the contract from any funds or deposits you have with the credit union without advanced notice if you are in default.

Notice to Cosigner: If you are being asked to guarantee this debt, think carefully before you do. If the borrower(s) does not pay the debt, you will have to. Be sure you can afford to pay if you have to and that you want to accept this responsibility. You may have to pay up to the full amount of the debt if the borrower(s) does not pay. You may also have to pay late fees or collection costs, which increase the amount borrowed. Laramie Plains Community FCU may collect this debt from you without first trying to collect from the borrower(s). Laramie Plains Community FCU can use the same collection methods [illegible] default, it may reflect on your credit record. This notice is not the contract that makes you liable for the debt.

Date: 9/8/2014 Date of Contract: 9/8/2014 Amount Guaranteed: $ $15733.18

Borrower Signature ______ Date ______

Cosigner Signature ______ Date 9/3/2014

EXHIBIT

1

[illegible]

**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

**Spanish Translation:**

**Guía para compradores de vehículos usados.** La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**SELLER'S RIGHT TO CANCEL**

[illegible]

**ARBITRATION PROVISIONS**

[illegible]

**YOU AND WE UNCONDITIONALLY WAIVE THE RIGHT TO LITIGATE ALL CLAIMS IN COURT, INCLUDING THE RIGHT TO A JURY TRIAL, TO PARTICIPATE AS A MEMBER OF ANY CLASS IN ANY CLASS ACTION INCLUDING CLASS ARBITRATION, AND TO CONSOLIDATE ANY ARBITRATION WITH OTHERS** [illegible]

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**The preceding NOTICE applies only to goods or services obtained primarily for personal use. In all other cases, the buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the buyer may have against the seller, or against the manufacturer of the vehicle obtained under this contract.**

**If this transaction contains a fee or premium for guaranteed automobile protection, all holders and assignees of this consumer credit transaction are subject to all claims and defenses which the debtor could assert against the original creditor resulting from the debtor's purchase of guaranteed automobile protection.**

[illegible]

**ASSIGNMENT**

[illegible] Loraine Plains Federal Credit Union [illegible]

[illegible signature] 9-8-11

# VEHICLE PURCHASE ORDER & SALES AGREEMENT

DEAL #

TRI-CITY CYCLE

3675 Clydesdale Parkway
Loveland, CO 80538
(970) 667-8697 • Fax: (970) 667-1998
Toll Free: 1-877-365-1500
www.tricitycycle.com

| | |
|---|---|
| CUSTOMER NAME: CARDONA, JEROME PEGIE JUAN | BUS. PHONE: 9703924273 / HOME PHONE: 9703884321 |
| ADDRESS: 435 N 35TH AVE #442 | EMPLOYER: |
| CITY, STATE ZIP: GREELEY CO 80631 | SALESPERSON: HUMBERTO CRUZ ALEGR DATE: 9/8/2014 |

| DESCRIPTION OF TRADE-IN VEHICLE(S) | | |
|---|---|---|
| TYPE | TRADE 1 | TRADE 2 |
| YEAR | | |
| MAKE | | |
| COLOR | | |
| MODEL | | |
| VEHICLE ID NUMBER | | |
| SPECIAL EQUIPMENT | | |
| MILEAGE | | |
| TRADE-IN ALLOWANCE | | |

DESCRIPTION OF PURCHASE VEHICLE(S) ☐ NEW ☒ USED ☐ DEMO.

| | |
|---|---|
| TYPE | |
| YEAR | 2009 |
| MAKE | THUNDER MOUN |
| COLOR | BLACK |
| MODEL | SPITFIRE |
| VEHICLE ID NUMBER | 1T9C13F669F717279 |
| STOCK # | 19521 |
| MILEAGE | 755 |
| DELIVERY DATE | a.m. / p.m. 9/8/2014 |

ACCESSORIES & SUPPLIES ORDERED

| | $ | |
|---|---|---|
| → | | |
| → | | |
| → | | |

NOTATIONS:

## UNITS SOLD AS IS - NO WARRANTY

Fine tuning and adjustments are the financial responsibility of the purchaser.

X [signature] 9/8/2014
PURCHASER DATE

FINANCIAL DOCUMENTATION

| | | | |
|---|---|---|---|
| A/B/C | TAXABLE (BASE) SELLING PRICE OF EACH VEHICLE | | $ $13100.00 |
| 1 | TOTAL OF VEHICLE(S) | | $ $13100.00 |
| 2 | LESS TRADE-IN ALLOWANCE | | - $0.00 |
| 3 | TAXABLE SUB-TOTAL | | $ $13,100.00 |
| 4 | VEHICLE ASSEMBLY & PREPARATION | Factory Freight | $0.00 |
| 5 | VEHICLE FREIGHT & DESTINATION CHARGES | Assembly | $0.00 |
| 6 | DEALER HANDLING & DOCUMENTATION CHG. | | $ 299.00 |
| 7 | ACCESSORIES TOTAL | | $0.00 |
| 8 | TOTAL OF VEHICLE(S) & TAXABLE ITEMS | | $ $13,399.00 |
| 9 | SALES TAX | CTY $ $0.00 CITY $463.61 STATE $388.57 | $852.18 |
| 10 | LABOR FOR INSTALLATION OF ACCESSORIES (If any) | Filing Fees | $82.00 |
| 11 | PROPERTY INSURANCE OR OTHER CHARGES | Payoff (if any) | |
| 12 | EXTENDED SERVICE AGREEMENT | GAP + Prepaid Maint | $1,400.00 |
| | TOTAL AMOUNT OF TRANSACTION | | $ $15,733.18 |
| | LESS ALL CASH PAYMENTS MADE | | - $0.00 |
| | BALANCE DUE FOR COMPLETION | | $ $15733.18 |

FINANCING (Subject to Credit Approval)

| | | | |
|---|---|---|---|
| BANK OR FIN CO: PREMIER MEMBERS FEDERAL | CREP'S NAME: | | |
| TERM: 48 | A.P.R. 17.25% | AMT. DOWN: $0.00 | PRIN. AMT: $15733.18 |
| PROPERTY INS. CO/TERMS: Universal Underwriters Life Insurance C | | | |
| PREM. QUOTE $ | CALL BACK# | ASSIGNED VER. # | |
| CREDIT INS. CO/TERMS: | | | |
| CREDIT INS. AMOUNTS: | LIFE $ | A&H $ | TOTAL CREDIT INSURANCE $ |
| CASH DEPOSIT AMOUNTS: | $ $0.00 | | |
| DEPOSIT PYMT. DATES. | 9/8/2014 | | |

The terms & conditions on both the face & reverse side of this purchase order/sales agreement comprise the entire agreement pertaining to this purchase & no other agreement of any kind, verbal understanding or promise whatsoever, will be recognized. Upon failure or refusal of the purchaser to complete this agreement for any reason, all or part of any cash payments may be retained as liquidated damages. The purchaser certifies that he/she is of legal age & hereby acknowledges that he/she has read the terms & conditions & acknowledges receipt of a copy of this purchase order/sales agreement.

THIS AGREEMENT IS NOT VALID UNLESS ACCEPTED BY THE DEALER OR OFFICER OF THE CORPORATION. *Thank You!*

THERE IS NO COOLING OFF PERIOD: Colorado law does not provide for a "cooling off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or with legal cause, such as fraud.

[signature] SALESPERSON DATE

X [signature] PURCHASER 9/8/2014 DATE

[signature] OFFICER/DEALER ACCEPTANCE TITLE

DO NOT ACCEPT WITHOUT VERIFYING EAGLE WATERMARK IN PAPER

STATE OF COLORADO

# CERTIFICATE OF TITLE

****MOTOR VEHICLE****

TITLE NUMBER: 03R068704

ODOMETER: 755 A

ODOMETER LEGEND
A - Actual Mileage
E - Exceeds mechanical limits
N - Not actual mileage WARNING ODOMETER DISCREPANCY

| VIN | YEAR | MAKE | MODEL | BODY |
|---|---|---|---|---|
| 1T9C15F669F717279 | 2009 | HD | | MC |

MAILED TO

LARAMIE PLAINS FCU
365 N 3RD ST
LARAMIE, WY 82072-3007

CWT/CAP SIZE: CWT 0

PREVIOUS TITLE: 08M668629

FUEL

OWNER: CARDONA JEROME REGIE JUAN

DATE PURCHASED: 09/08/2014

DATE ACCEPTED: 10/31/2014

DATE ISSUED: 11/17/2014

FIRST LIENHOLDER

LARAMIE PLAINS FCU
365 N 3RD ST
LARAMIE, WY 82072-0000

DATE RCD: 09/25/2014

FILE NUMBER: 7043477

AMOUNT OF LIEN: 22044.00

LIEN EXTENDED TO COUNTY: WELD

MATURITY DATE: 09/25/2024

Signature below certifies under penalty of perjury in the second degree the release of the first lienholder's interest in the vehicle

Lienholder's Name

Authorized Agent's Signature Date

SECOND LIENHOLDER

DATE RCD

FILE NUMBER

AMOUNT OF LIEN

LIEN EXTENDED TO COUNTY

MATURITY DATE

Signature below certifies under penalty of perjury in the second degree the release of the second lienholder's interest in the vehicle.

Lienholder's Name

Authorized Agent's Signature Date

THIRD LIENHOLDER

DATE RCD

FILE NUMBER

AMOUNT OF LIEN

LIEN EXTENDED TO COUNTY

MATURITY DATE

Signature below certifies under penalty of perjury in the second degree the release of the third lienholder's interest in the vehicle.

Lienholder's Name

Authorized Agent's Signature Date

FOURTH LIENHOLDER

DATE RCD

FILE NUMBER

AMOUNT OF LIEN

LIEN EXTENDED TO COUNTY

MATURITY DATE

Signature below certifies under penalty of perjury in the second degree the release of the fourth lienholder's interest in the vehicle

Lienholder's Name

Authorized Agent's Signature Date

THE APPLICANT HAS BEEN DULY REGISTERED IN THIS OFFICE AS THE OWNER OF THE MOTOR VEHICLE DESCRIBED, SUBJECT TO LIENS AND ENCUMBRANCES IN THE ORDER SHOWN.

EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF REVENUE

DATE DUPLICATE ISSUED

BARBARA BROHL

5C2(7)

J4890295

KEEP IN SAFE PLACE ... ALTERATION OR ERASURE VOIDS THIS TITLE

DR-2001 (8-11)

EXHIBIT 2

Laramie Plains Community FCU          Account History Print          Page: 1
10/16/2015 15:31 drw          By Date          ID: histprt.1
Param: drw-Last-Run          DB: live

One Day no
Member Number 50267 Jeromey Cardona
Type
Cert/Ln Number 2
Tran Cd <ALL>
Amount .00
From Date 01/01/2014
Thru Date 10/31/2015
By Date/Draft# Date

| Tran Code | Description | User ID | Tran Date | Tran Time | Draft Number | Principal Amt | Int Amt | Fee Amt | Tran Amt | Current Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 354 | Transfer Loan Payment - Cre | acw | 04/06/2015 | 8:47 AM | | 232.72 | 67.28 | | 300.00 | 15,720.97 |
| 354 | Transfer Loan Payment - Cre | bld | 04/04/2015 | 10:12 AM | | | 136.29 | 22.96 | 159.25 | 15,953.69 |
| 354 | Transfer Loan Payment - Cre | ajk | 03/10/2015 | 1:16 PM | | 117.93 | 296.22 | 45.85 | 460.00 | 15,953.69 |
| 354 | Transfer Loan Payment - Cre | acw | 01/30/2015 | 10:16 AM | | 154.96 | 305.04 | | 460.00 | 16,071.62 |
| MLP | Mail Loan Payment | mwb | 01/15/2015 | 12:13 PM | | | 391.12 | 68.88 | 460.00 | 16,226.58 |
| CPI | COLLATERAL PROTECTION INSUR | scr | 12/04/2014 | 10:14 AM | | 566.00 | | | 566.00 | 16,226.58 |
| 354 | Transfer Loan Payment - Cre | mwb | 10/30/2014 | 1:38 PM | | 72.60 | 386.65 | | 459.25 | 15,660.58 |
| GLD | General Ledger Disbursement | drw | 09/11/2014 | 3:47 PM | | 15,733.18 | | | 15,733.18 | 15,733.18 |
| NLD | NEW LOAN DISBURSEMENT NLD | drw | 09/11/2014 | 3:47 PM | | 15,733.18 | | | 15,733.18 | 15,733.18 |

* Terminated Normally End: 10/16/2015 15:31:57 Elpsd Time: 00:00:00 *

EXHIBIT 3



Thunder Mountain Harley-Davidson 4250 Byrd Drive Loveland, CO 80538
Phone: 970-292-0400 Fax: 970-292-0444

# Actual Cash Value Evaluation

As Of Date: 8-7-2014

| | |
|---|---|
| Year | 2009 |
| Make | TMCC |
| Model | SPITFIRE SINISTER |
| VIN | 1T9C15F669F717279 |
| Color(s) | RED |
| Miles | 672 |
| Upgrades | |

Estimated Value according to Thunder Mountain Harley-Davidson on this, the 7th day of Aug. 2014, given the above specifications, the vehicle holds a value of: $ 17,900.00

My signature verifies that the above information is correct to my best knowledge

Name/Title: Doug Scotchfield SALESMAN Signature X [signature]

EXHIBIT 4



LARAMIE PLAINS
FEDERAL CREDIT UNION

Jeromey Cardona
Social Security # 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
2009 Thunder Mountain Spitfire VIN #1T9C1SF669F717279

**Payoff as of 10/02/2015**

| Principle | Interest | Fees | Total |
|---|---|---|---|
| $15,720.97 | $1,329.93 | $114.80 | $17,165.70 |

365 N Third Street * Laramie, WY * 82072
(307) 745-5365 Phone * (307) 742-0330 Fax

EXHIBIT
5