# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

Case No. 15-21114 – MER, Chapter 7
Judge: Michael E. Romero

In Re:

Jeromey RJ Cardona, aka
Jerome R.J. Cardona

Social Security No:
XXX-XX-1130

……………………………………………………………………………………………………

| | |
|---|---|
| Laramie Plains Federal Credit Union, | ) |
|   | ) |
|      Movant, | ) |
|   | ) |
| v. | )    Case No. 15-21114-MER |
|   | ) |
| Jeromey RJ Cardona, aka | ) |
| Jerome R.J. Cardona | ) |
|   | ) |
|      Respondent. | ) |

_____

## STIPULATED MOTION TO VACATE AND DISMISS HEARING
_____

COMES NOW, Laramie Plains Federal Credit Union ("Movant"), by and through its attorney, Megan Overmann Goetz of Pence and MacMillan LLC and Jeromey RJ Cardona, aka Jerome R.J. Cardona ("Respondent"), by and through his attorneys, Eric Herr and Todd Morse, and hereby move the Court for an order vacating and dismissing the preliminary hearing set for May 2, 2016 on the following basis:

Movant was able to recover the collateral at issue in *Movant's Motion to Compel Surrender of Collateral* and all other issues related thereto have been resolved by the parties.

WHEREFORE, the parties request the hearing set for May 2, 2016 at 1:30 p.m. be vacated and dismissed.

DATED this 21st day of April, 2016.

| | |
|---|---|
| /s/ Megan Overmann Goetz | /s/Todd Morse |
| Megan Overmann Goetz | Todd Morse |
| Pence and MacMillan LLC | Morse Law, LLC |
| 501 Garfield Street | 910 16th Street, Ste. 1100 |
| P.O. Box 1285 | Denver, CO 80202 |
| Laramie, Wyoming  82073 | Colorado State Bar #42121 |
| Telephone:  307-745-3626 | (303)300-6684 |
| Fax:  307-745-8669 | |
| movermann@penceandmac.com | |
| Wyoming State Bar #6-3634 | |
| Colorado State Bar #34388 | |
| Attorney for Movant | |